No. 17,313.

NEWMYER ET AL. *v.* WRIGHT.
(277 P. [2d] 526)

Decided December 13, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN F. MUELLER, for plaintiffs in error.

Messrs. SHUTERAN, ROBINSON & HARRINGTON, for defendant in error.